UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| HERNAN REYES, | 3:07-CV-0109-ECR-RAM |
| Plaintiff, | MINUTES OF THE COURT |
| vs. | DATE: NOVEMBER 26, 2007 |
| JAMES BACA, et al., | |
| Defendants. | |

PRESENT:     EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN          Reporter:     NONE APPEARING
Counsel for Plaintiff(s)                  NONE APPEARING

Counsel for Defendant(s)                  NONE APPEARING

MINUTE ORDER IN CHAMBERS

    On November 14, 2007, the Magistrate Judge filed a Report and Recommendation (#23) recommending that this action be dismissed for failure to prosecute.

    **IT IS HEREBY ORDERED** that the Report and Recommendation (#23) is well taken and is **APPROVED** and **ADOPTED**. **IT IS, THEREFORE, HEREBY ORDERED** that Defendants' Motion to Dismiss (#20) for failure to prosecute is **GRANTED**.

    The Clerk shall enter judgment accordingly.

    Plaintiff has been paroled and has not provided a forwarding address.

LANCE S. WILSON, CLERK

By _____/s/_____
    Deputy Clerk